JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Fidelity Brokerage Services LLC and National Financial Services LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>Pacific Western Bank,<br><br>    Defendant. | Case No. 2:23-cv-09760-RGK-MRW<br><br>[PROPOSED] JUDGMENT<br><br>Judge: Hon. R. Gary Klausner<br>Mag. Judge: Hon. Michael R. Wilner |

The parties to this action having each moved the Court for summary judgment, for the reasons stated in the Court's Order re: Plaintiffs' and Defendant's Motions for Summary Judgment (Dkt. 94), entry of judgment in favor of Plaintiffs Fidelity Brokerage Services LLC and National Financial Services LLC is appropriate with respect to both of Plaintiffs' claims for relief.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Plaintiffs and against Defendant Banc of California, formerly known as Pacific Western Bank, as follows:

*First*, Defendant is liable to Plaintiffs in the sum of One Million Four Hundred and Six Thousand Four Hundred and Twenty-Nine Dollars and Twenty-Eight Cents ($1,406,429.28) with respect to the warranted loss incurred by Fidelity net of previous reimbursements.

///

///

*Second*, Defendant is liable to Plaintiffs for Two Hundred and Forty-Five Thousand Seven Hundred and One Dollars and Twenty Cents ($245,701.20) with respect to "loss of interest resulting from the breach." Cal. Com. Code § 4208(b).

*Third*, Defendant is further liable for Plaintiffs' costs pursuant to Cal. Com. Code § 4208(b) (permitting recovery of "expenses . . . resulting from the breach"), as well as pursuant to Fed. R. Civ. P. 54(d) (awarding costs to prevailing party). Plaintiffs shall apply to the Clerk for taxation of its costs and/or expenses within 14 days from the date of this Judgment.

*Fourth*, Defendant's liability to Plaintiffs is subject to post-judgment interest under 28 U.S.C. § 1961(a) at the prevailing rate of 3.95 percent, computed daily from the date of this Judgment to the date of payment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment. The clerk shall close this case.

**IT IS SO ORDERED**.

DATED: September 27, 2024

By: _____
Hon. R. Gary Klausner
United States District Judge